# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVRY UNIVERSITY, INC.,<br><br>        Defendant. | Case No.: 1:17-cv-00743-LJO -JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 17) |

On October 20, 2017, the parties notified the Court the parties "have reached a settlement in principle, which will result in the dismissal of DeVry from this action with prejudice." (Doc. 17 at 2) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **November 20, 2017**;
2. All other pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **October 24, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE