1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**

9       **EASTERN DISTRICT OF CALIFORNIA**

10

11    THOMAS MORRISON,                       )  Case No.: 1:17-cv-0743-LJO- JLT
                                             )
12               Plaintiff,                   )  ORDER DIRECTING THE CLERK TO CLOSE
                                             )  THE ACTION BASED UPON THE PARTIES'
13         v.                                 )  STIPULATION TO DISMISS THIS ACTION
                                             )  WITH PREJUDICE
14    DEVRY UNIVERSITY, INC.,                 )
                                             )  (Doc. 20)
15               Defendant.                   )
                                             )
16    ─────────────────────────────────

17         On November 17, 2017, Plaintiff Thomas Morrison and Defendant DeVry University, Inc.,

18    stipulated to dismiss the action with prejudice. (Doc. 20) Pursuant to Rule 41 of the Federal Rules of

19    Civil Procedure, "the plaintiff may dismiss an action without a court order by filing … a stipulation of

20    dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

21         Because all parties who have appeared in the action signed the stipulation (Doc. 20), it

22    "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

23    Accordingly, the Clerk of Court **IS DIRECTED** to close this action.

24

25    IT IS SO ORDERED.

26         Dated:   **November 20, 2017**              **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE
27

28